UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE DOMINGUEZ,

Petitioner.

Case No. 26-cv-08412-EKL

**ORDER DISMISSING MATTER WITHOUT PREJUDICE**

On August 7, 2026, Petitioner Dominguez, a *pro se* prisoner, mailed a letter to the Court. ECF No. 1. In an abundance of caution, the Court opened a federal habeas corpus case on his behalf. On that same date, the Clerk of the Court sent Dominguez a notice informing him that his action could not go forward until he paid the filing fee or filed a completed an *in forma pauperis* ("IFP") application. ECF No. 3. The notice warned Dominguez that failure to do so within 28 days would result in dismissal of his action without prejudice. *Id.* More than 28 days have passed, and Dominguez has not paid the filing fee or returned the completed IFP application in this matter. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 16, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California